IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| BRETT RATNER,<br><br>       Plaintiff,<br><br>vs.<br><br>MELANIE KOHLER, and JOHN and/or JANE DOES 1-10,<br><br>       Defendants. | CIVIL NO. 17-00542<br><br>DEMAND FOR JURY TRIAL |

## **DEMAND FOR JURY TRIAL**

   Plaintiff BRETT RATNER, by and through his undersigned attorneys, hereby demands a jury trial as to all issues so triable herein.

   DATED: Honolulu, Hawaiʻi, November 1, 2017.


                    /s/ Eric A. Seitz
                    ERIC A. SEITZ
                    DELLA A. BELATTI

                    Attorneys for Plaintiff