ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 02 2018
at 12 o'clock and 10 min. P M.
SUE BEITIA, CLERK

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ 1412
DELLA A. BELATTI 7945
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

LAVELY & SINGER
PROFESSIONAL CORPORATION

MARTIN D. SINGER (*pro hac vice*)
ANDREW B. BRETTLER (*pro hac vice*)
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Plaintiff
BRETT RATNER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRETT RATNER,<br><br>Plaintiff,<br><br>vs.<br><br>MELANIE KOHLER; and JOHN and/or JANE DOES 1-10,<br><br>Defendants. | CASE NO. 17-cv-00542-HG-KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii); ORDER<br><br>Trial: March 12, 2019 |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective undersigned counsel, that this action and all claims asserted herein shall be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation disposes of all claims and all parties, with the respective parties to bear their own attorneys' fees and costs.

**IT IS FURTHER STIPULATED AND AGREED** that the pending Special Motion To Strike [ECF No. 26] shall be denied as moot.

DATED: Los Angeles, California, October 1, 2018.

*/s/ Andrew B. Brettler*
ANDREW B. BRETTLER
Attorneys for Plaintiff
BRETT RATNER

*/s/ Roberta Kaplan*
ROBERTA KAPLAN
Attorneys for Defendant
MELANIE KOHLER

APPROVED AND SO ORDERED:
DATED: October 2, 2018, Honolulu, Hawaii.

UNITED STATES DISTRICT JUDGE

BRETT RATNER VS. MELANIE KOHLER, JOHN and/or JANE DOES 1-10; CIVIL NO. 17-00542 – HG-KSC; STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANTTO FRCP 41(a)(1)(A)(ii); ORDER